| | |
|---|---|
| 1 | |
| 2 | IN THE UNITED STATES DISTRICT COURT |
| 3 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |

GANIS CREDIT CORPORATION,

    Plaintiff,

v.

M/Y MY MELODY, Official No. 1074363, her engines, masts, anchors, cables, chains, rigging, tackle, apparel, equipment, furniture, and all the necessaries therewith appertaining, etc., *in rem*; et al.

    Defendants.
_____/

IN ADMIRALTY

No. C 03-5711 SBA

**ORDER AMENDING ORDER**

[Docket No. 39]

IT IS HEREBY ORDERED THAT the Order granting Plaintiff's Ex Parte Application for Entry of Default, Default Judgment, and Order for Sale of the defendant vessel M/Y MY MELODY, Official No. 1074363, her engines, masts, anchors, cables, chains, rigging, tackle, apparel, equipment, furniture, and all the necessaries therewith appertaining, etc., *in rem* (the "VESSEL") (the "Original Order") [Docket No. 39], filed on May 18, 2005, is AMENDED such that on page 3, line 7, the number "13" shall be changed to "12." This amendment solely corrects a typographical error in the Original Order; it does not change the substance of the Original Order.

IT IS SO ORDERED.

Dated: 9-1-05

                                                        *Saundra B. Armstrong*
                                                       SAUNDRA BROWN ARMSTRONG
                                                       United States District Judge